FILED

Feb 19 2008

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY *RMone* DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr436-JM |
| Plaintiff, ) | INFORMATION |
| v. ) | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| HECTOR MARIN-BERRERA, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about January 20, 2008, within the Southern District of California, defendant HECTOR MARIN-BERRERA, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to Border Patrol Agent C. Lopez that his date of birth was July 8, 1963 when his true date of birth is August 7, 1963, whereas in truth and fact, as defendant then and there well knew that

//
//
//
//

CJB:es:San Diego
2/15/08

statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 2/19/08

KAREN P. HEWITT
United States Attorney

*/s/ Carla J. Bressler*
CARLA J. BRESSLER
Assistant U.S. Attorney