AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| HECTOR MARIN-BERRERA | CASE NUMBER: 08cR436-JM |

I, HECTOR MARIN-BERRERA, the above named defendant, who is accused of committing the following offense:

~~Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),~~
Title 8 USC Sec 1001(a)(2) - False Statement (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/19/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER